UNITED STATES of America,
Plaintiff-Appellee,

v.

Jose Luis MANZO, a.k.a. Jose Manzo,
Defendant-Appellant.

No. 16-30151

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

Russell E. Smoot, Assistant U.S. Attorney, Joseph Hilary Harrington, Assistant U.S. Attorney, Jared Courtland Kimball, Assistant U.S. Attorney, USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff-Appellee

Jose Luis Manzo, Pro Se

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Jose Luis Manzo appeals pro se from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Manzo contends that the district court erred by denying his motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). *See United States v. Leniear*, 574 F.3d 668, 672 (9th Cir. 2009). Contrary to Manzo's contention, the district court did not conclude that he was ineligible for a sentence reduction because his sentence was based on the parties' Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement. Rather, the district court correctly held that it lacked the authority to reduce Manzo's sentence because Amendment 782 did not lower his applicable Guidelines range. *See* 18 U.S.C. § 3582(c)(2); *Leniear*, 574 F.3d at 673-74.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

